JOSEPH W. RAO and Others, Appellants, v. "JOHN" MCAULIFFE, the First Name Being Fictitious, etc., Respondent.

Supreme Court, Appellate Term, First Department, January 8, 1925.

**Landlord and tenant — increased rental — landlord not required to be owner for any length of time.**

The rent laws do not require that a landlord seeking an increased rental shall be an owner of the fee for any particular length of time.

APPEAL by the plaintiffs from a judgment of the Municipal Court of the City of New York, Borough of Manhattan, Sixth District, in favor of defendant.

*O. H. Droege*, for the appellants.

*Samuel Berger*, for the respondent.

PER CURIAM:

There is no requirement in law that parties seeking increased rental must be the owners of the fee involved for any fixed period of time.

The judgment is reversed and a new trial ordered, with ten dollars costs to the appellants to abide the final award of costs.

All concur; present, GUY, O'MALLEY and LEVY, JJ.